FILED

JAN 12 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY R. MADISON,<br><br>    Plaintiff,<br><br>v.<br><br>RON DAVIS,<br><br>    Defendant. | Case No. 16-CV-03036 LHK (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a California state prisoner proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983. On September 16, 2016, this court dismissed the complaint with leave to amend. On October 28, 2016, the court granted plaintiff a thirty day extension of time within which to file an amended complaint. Plaintiff was advised that his failure to file an amended complaint in accordance with the court's order may result in dismissal of this action without further notice. More than thirty days have passed and plaintiff has failed to file an amended complaint. Therefore, this case is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

DATED: 1/12/2017

                                                  LUCY H. KOH
                                                UNITED STATES DISTRICT JUDGE